## LENORA ROMERO ORTIZ v. GEORGE C. ORTIZ

21 So. (2nd) 548                                       January Term, 1945
March 30, 1945                                              Division A

*Fred T. Saussy,* for appellant.

*Burton G. Henson,* for appellee.

## PER CURIAM:

This appeal is from a decree granting a divorce on the ground of desertion. The only question is whether the decree is sustained by the evidence. We see no reason to disturb the decree and affirm same.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.